# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

|  |  |
|---|---|
| ERICSSON INC., AND<br>TELEFONAKTIEBOLAGET LM ERICSSON,<br><br>**Plaintiff,**<br><br>v.<br><br>TCL COMMUNICATION TECHNOLOGY<br>HOLDINGS, LTD., TCT MOBILE LIMITED,<br>AND TCT MOBILE (US), INC.,<br><br>**Defendant.** | Civil Action No.  2:15-cv-00011-RSP<br><br><br>JURY TRIAL |

## DECLARATION OF MITCHELL R. SIBLEY IN SUPPORT OF PLAINTIFFS' OPENING CLAIM CONSTRUCTION BRIEF

I, Mitchell R. Sibley, do state and declare as follows:

I am an attorney with the law firm of McKool Smith PC ("McKool Smith"), counsel for Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson.  I make this declaration in support of Plaintiff's Opening Claim Construction Brief.  Unless otherwise stated, the matters contained in this declaration are of my own personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein.

1. Attached hereto as Exhibit 1 is a true and correct copy of Declaration of Mark Jones, PH.D. and curriculum vitae in support of Plaintiffs' Opening Claim Construction Brief;

2. Attached hereto as Exhibit 2 is a true and correct copy of Declaration of Dr. Robert Akl, D.S.C. and curriculum vitae in Support of Plaintiffs' Opening Claim Construction Brief;

3.  Attached hereto as Exhibit 3 is a true and correct copy of  U.S. Patent No. 7,536,181 B2.

4.  Attached hereto as Exhibit 4 is a true and correct copy of U.S.Patent No. 6,418,310 B.1.

5.  Attached hereto as Exhibit 5 is a true and correct copy of U.S. Patent No. 6,029,052.

6.  Attached hereto as Exhibit 6 is a true and correct copy of U.S. Patent RE43,931 E.

7.  Attached hereto as Exhibit 7 is a true and correct copy of U.S. Patent No. 6,535,815 B2.

8.  Attached hereto as Exhibit 8 is a true and correct copy of U.S. Patent No. 7,149,510 B2.

I declare under penalty of perjury that the foregoing is true and correct and this declaration was executed on August 14, 2015 in Dallas, Texas.

*/s/  Mitchell R. Sibley*
Mitchell R. Sibley