# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **ERICSSON INC., and TELEFONAKTIEBOLAGET LM ERICSSON,** | **Case No. 2:15-cv-11** |
| **Plaintiffs and Counter-Defendants,** | **DECLARATION OF MICHAEL MURPHY IN SUPPORT OF DEFENDANTS' RESPONSIVE CLAIM CONSTRUCTION BRIEF** |
| **v.** | |
| **TCL COMMUNICATION TECHNOLOGY HOLDINGS LTD., TCT MOBILE LIMITED, and TCT MOBILE (US), INC.,** | **JURY TRIAL DEMANDED** |
| **Defendants and Counter-Claimants.** | |

I, Michael Murphy, declare as follows.

1.        I am an attorney of record in this case to Defendants TCL Communications Technology Holdings Ltd., TCT Mobile Limited, and TCT Mobile (US), Inc.  If called as a witness, I could and would competently testify to all facts within my personal knowledge.

2.        Attached as Exhibit 1 is a true and correct copy of excerpts from the certified file history for United States Patent Application No. 08/886,244, which issued as United States Patent No. 6,029,052 ("the '052 patent").

3.        Attached as Exhibit 2 is a true and correct copy of excerpts of the cross examination transcript of Dr. Steven Goldberd, technical expert for Samsung Electronics America, Inc., Samsung Telecommunications America LLC, and Samsung Co. Ltd., from International Trade Commission ("ITC") Investigation No. 337-TA-862 filed by Ericsson Inc. and Telefonaktiebolaget LM Ericsson, entitled *Certain Electronic Devices, Including Wireless Communication Devices, Tablet Computers, Media Players, and Televisions, and Components Thereof*.

4.        Attached as Exhibit 3 is a true and correct copy of the "Joint List of Disputed Terms for Construction," Dkt. No. 507489, from International Trade Commission Investigation No. 337-TA-862, and Ex. A to same, filed April 12, 2013.

//
//
//
//
//
//
//
//

-2-

5.        Attached as Exhibit 4 is a true and correct copy of the "Markman Joint Proposed

Claim Construction Chart," from International Trade Commission Investigation. No. 337-TA-

583, filed April 23, 2007.


I declare under penalty of perjury under the laws of the United States that the foregoing is

true and correct.  Executed this 28 day of August, 2015 at San Diego, California.


/s/ *Michael Murphy*
Michael Murphy
**Sheppard Mullin Richter & Hampton LLP**
12275 El Camino Real, Suite 200
San Diego, California 92130
Telephone:  (858) 720-8900
Facsimile:    (858) 509-3691
mmurphy@sheppardmullin.com