# EXHIBIT 7

## Warren Lipschitz

| | |
|---|---|
| **From:** | tquist@sheppardmullin.com |
| **Sent:** | Wednesday, August 26, 2015 8:40 PM |
| **To:** | Laurie Fitzgerald; Vicki Merideth; Jill Bindler; Joanna Walls |
| **Cc:** | MBader@sheppardmullin.com; skorniczky@sheppardmullin.com; efindlay@findlaycraft.com; MMurphy@sheppardmullin.com |
| **Subject:** | TCL's Amended Invalidity Contentions and 15th Document Production \| Ericsson v. TCL \| Case No. 2:15-cv-00011-JRG-RSP |

**You have received 1 secure file from tquist@sheppardmullin.com.**
Use the secure link below to download.

August 26, 2015

Counsel,

The link below contains the following:

• Defendants' 15th Document Production. The file is named TCL_ERIC_EDTX015 and contains materials with the number range TCL_ERIC_EDTX0103211 - TCL_ERIC_EDTX0105801. The production does not include Protected Information under the Confidentiality Order in this case.

• Defendants' Amended Invalidity Contentions Pursuant To Patent Rules 3-3 And 3-4

Please contact me if you experience technical difficulties when you download the files. Thank you.

Trevor J. Quist
858.720.7462 | direct
858.523.6711 | direct fax
TQuist@sheppardmullin.com

SheppardMullin
Sheppard Mullin Richter & Hampton LLP
12275 El Camino Real, Suite 200
San Diego, CA 92130-2006
858.720.8900 | main
www.sheppardmullin.com

### Secure File Downloads:
Available until: **16 September 2015**

Click link to download:

    **TCL Amended Invalidity Contentions & 15th Document Production.zip**
    187.63 MB

You have received attachment link(s) within this email sent via Sheppard Mullin's Secure File Transfer server. To retrieve the attachment(s), please click on the link(s).

Secured by Accellion

<u>Attention:</u> This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.