**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **ERICSSON INC., AND TELEFONAKTIEBOLAGET LM ERICSSON,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD., TCT MOBILE LIMITED, AND TCT MOBILE (US), INC.,**<br><br>**Defendants.** | **Civil Action No. 2:15-cv-00011-RSP**<br><br>**JURY TRIAL** |

**PLAINTIFFS' *UNOPPOSED* MOTION TO EXTEND TIME TO FILE SURREPLY TO DEFENDANTS' MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS**

Under Federal Rule of Civil Procedure 6(b)(1), Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson ("Ericsson") hereby submit this Unopposed Motion to Extend Time to File Surreply to Defendants' Motion for Leave to Amend Invalidity Contentions, and in support show as follows:

1. On October 12, 2015, TCL filed its Amended Motion for Leave to Amend Invalidity Contentions (Dkt. No. 124). On October 23, Ericsson filed its response to the motion (Dkt. No. 130), and on November 3, TCL filed its reply in support of the motion (Dkt. No. 143). Thus, under E.D. Tex. Local Rules CV-6(a) and CV-7(f), the deadline for Ericsson to serve and file a surreply was November 10, 2015.

2. Due to logistical complications—which the parties agree constitute good cause—Ericsson was unable to serve and file its surreply by the November 10 deadline. Therefore, Ericsson requires a one-day extension to serve and file its surreply.

3. TCL does not oppose Ericsson's request.

## **CONCLUSION**

Therefore, Ericsson respectfully requests that the Court extend the deadline to file its Surreply to Defendants' Motion for Leave to Amend Invalidity Contentions through November 11, 2015.

Dated: November 11, 2015.  **McKool Smith, P.C.**

*/s/ Warren Lipschitz*
Theodore Stevenson III, Lead Attorney
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
David Sochia
Texas State Bar No. 00797470
dsochia@ mckoolsmith.com
Warren Lipschitz
Texas State Bar No. 24078867
wlipschitz@mckoolsmith.com
Nicholas Mathews
Texas State Bar No. 24085457
nmathews@ mckoolsmith.com
**McKool Smith, P.C.**
300 Crescent Court Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
**McKool Smith, P.C.**
P.O. Box O
Marshall, Texas 75671
Telephone: (903) 927-2111
Telecopier: (903) 927-2622

Laurie L. Fitzgerald
Texas State Bar No. 24032339
lfitzgerald@mckoolsmith.com
Jennifer Van Dusen
Texas State Bar No. 24087087
jvandusen@ mckoolsmith.com
**McKool Smith, P.C.**
300 W. 6th Street, Suite 1700

                Austin, TX 78701
                Telephone: (512) 692-8700
                Telecopier: (512) 692-8744

**ATTORNEYS FOR PLAINTIFFS ERICSSON INC., AND TELEFONAKTIEBOLAGET LM ERICSSON**

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel for Ericsson met and conferred with counsel for TCL on November 11, 2015 regarding the foregoing Unopposed Motion to Extend Time to File Surreply to Defendants' Motion for Leave to Amend Invalidity Contentions, and all parties are in agreement.

                /s/ Warren Lipschitz
                Warren Lipschitz

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on November 11, 2015.

                /s/ Warren Lipschitz
                Warren Lipschitz