**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ERICSSON INC., and TELEFONAKTIEBOLAGET LM ERICSSON,<br><br>        Plaintiffs,<br><br>    v.<br><br>TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD., TCT MOBILE LIMITED, and TCT MOBILE (US), INC.,<br><br>        Defendants. | Case No. 2:15-cv-00011-RSP<br><br>JURY TRIAL DEMANDED |

**DEFENDANTS TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD., TCT MOBILE LIMITED, AND TCT MOBILE (US), INC.'S NOTICE OF COMPLIANCE WITH COURT'S MOTION PRACTICE ORDER**

       In compliance with the Court's Motion Practice Order, Defendants TCL Communication Technology Holdings, Ltd., TCT Mobile Limited, and TCT Mobile (US) ("TCL"), Inc. file this Notice of its letter to the Court in reply to Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson's response (ECF 151-1) to TCL's letter brief (ECF 136-1) requesting permission to file a dispositive motion that United States Patent No. 7,149,510 is invalid for claiming ineligible subject matter. A copy of the letter is attached hereto as Exhibit 1.

Dated:  November 23, 2015                         Respectfully submitted

                                               **MORGAN, LEWIS & BOCKIUS LLP**

By:  /s/ *Winn D. Carter*
Winstol D. Carter, Jr.
State Bar No. 03932950
wcarter@morganlewis.com
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
Telephone:     +1.713.890.5000
Facsimile:     +1.713.890.5001

Bradford A. Cangro (*admitted in TXED*)
D.C. Bar No. 495996
bcangro@morganlewis.com
Alex Hanna (*admitted pro hac vice*)
ahanna@morganlewis.com
Jeremy D. Peterson (*admitted pro hac vice*)
jpeterson@morganlewis.com
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone:        +1.202.739.3000
Facsimile:        +1.202.739.3001

**SHEPPARD MULLIN RICHTER & HAMPTON**

Stephen S. Korniczky (*admitted pro hac vice*)
skorniczky@sheppardmullin.com
Martin R. Bader (*admitted pro hac vice*)
mbader@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, CA 92130
Telephone:     +1.858.720.8900
Facsimile:     +1.858.509.3691

**FINDLAY CRAFT PC**

Eric Hugh Findlay
State Bar No. 00789886
efindlay@findlaycraft.com
Brian Craft
Texas Bar No. 04972020

-3-

        bcraft@findlaycraft.com
        102 N. College Ave., Suite 900
        Tyler, Texas 75702
        Telephone:   +1.903.534.1100
        Facsimile:    +1.903.534.1137

        **ATTORNEYS FOR DEFENDANTS TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD., TCT MOBILE LIMITED, AND TCT MOBILE (US), INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2015, the foregoing NOTICE OF COMPLIANCE was served via electronic mail to all counsel of record.

>　　　　　　　　　　　　　　　　*/s/Winn D. Carter*
>　　　　　　　　　　　　　　　　Winstol D. Carter, Jr.