IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ERICSSON INC., AND TELEFONAKTIEBOLAGET LM ERICSSON,<br><br>    *Plaintiff*,<br><br>v.<br><br>TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD., TCT MOBILE LIMITED, AND TCT MOBILE (US), INC.,<br><br>    *Defendants*. | Case No. 2:15-cv-00011-RSP |

## MEMORANDUM ORDER

Currently before the Court is the Joint Motion for Determination of Reasonable Expenses, Including Attorney's Fees (Dkt. No. 180) filed by the parties on December 8, 2015, seeking a ruling from the Court on the amount of fees and expenses related to the Court's September 8, 2015 Order shifting costs to the Defendants on Plaintiffs' successful motion to compel. After a review of the record, including the billing records submitted by Plaintiffs for *in camera* inspection, the Court finds that the rates and hours requested are reasonable and are not disproportionate to the issues involved in the motion to compel. The Court has made an adjustment based on the appearance that there is some duplication involved in the multiple attorneys involved in the motion. While this is a reasonable and customary practice, some adjustment is necessary based on the jurisprudence under Rule 37. Accordingly,

IT IS ORDERED that Defendants pay to Plaintiffs, through their counsel, the sum of $35,172.00 as the reasonable fees and expenses incurred in connection with the foregoing motion.

**SIGNED this 29th day of December, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE