**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ERICSSON INC., AND TELEFONAKTIEBO-LAGET LM ERICSSON,<br><br>Plaintiff,<br><br>v.<br><br>TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD., TCT MOBILE LIMITED, AND TCT MOBILE (US), INC.,<br><br>Defendant. | Civil Action No.  2:15-cv-00011-RSP<br><br>JURY TRIAL |

**DECLARATION OF NICHOLAS M. MATHEWS**

I, Nicholas M. Mathews., do state and declare as follows:

1. I am an attorney with the law firm of McKool Smith PC ("McKool Smith"), counsel for Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson.

2. I am an adult person, of sound mind, and competent in all respects to make this declaration. I have personal knowledge of every statement of fact contained in this declaration, and every statement of fact contained in it is true and correct.

3. Attached hereto as Exhibit 1 is a true and correct copy of the January 8, 2015 hearing in E.D. Tex. Case No. 2:14-cv-667-RSP.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 4th day of January, 2016, at Dallas, Texas.

*/s/  Nicholas M. Mathews*
Nicholas M. Mathews