IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ERICSSON INC., AND TELEFONAKTIEBOLAGET LM ERICSSON,<br><br>Plaintiffs,<br><br>v.<br><br>TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD., TCT MOBILE LIMITED, AND TCT MOBILE (US), INC.,<br><br>Defendants. | Civil Action No. 2:15-cv-00011-RSP<br><br>JURY TRIAL |

### JOINT MOTION TO FOR LEAVE TO TAKE THE DEPOSITION OF CHRISTOPHER A. MARTINEZ AFTER THE CLOSE OF EXPERT DISCOVERY

Pursuant to Federal Rule of Civil Procedure 16(b), Defendants TCL Communication Technology Holdings, Ltd., TCT Mobile Limited, and TCT Mobile (US), Inc. ("TCL") and Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson ("Ericsson") hereby submit this Joint Motion for Leave to Take the Deposition of Christopher A. Martinez After the Close of Expert Discovery, and in support, show as follows:

The expert discovery deadline in this case is February 8, 2016. (Dkt. 190). The deposition of Ericsson's damages expert, Robert Mills, is scheduled for January 27, 2016. TCL's damages expert, Christopher A. Martinez, will be traveling abroad from January 27, 2016, through February 7, 2016. In order to accommodate Mr. Mills' and Mr. Martinez's schedules, the parties respectfully request leave for Ericsson to depose Mr. Martinez on February 9, 2016, one day after the close of expert discovery. This will not affect any set deadlines in the current Docket Control Order.

1

Dated:  January 6, 2016.

| | |
|---|---|
| */s/ David Sochia* | */s/ Michael F. Carr* |
| Theodore Stevenson, III | Winstol D. Carter, Jr. |
| Texas State Bar No. 19196650 | State Bar No. 03932950 |
| tstevenson@mckoolsmith.com | wcarter@morganlewis.com |
| David Sochia | Adam A. Allgood |
| Texas State Bar No. 00797470 | State Bar No. 24059403 |
| dsochia@mckoolsmith.com | aallgood@morganlewis.com |
| Nicholas Mathews | **Morgan, Lewis & Bockius LLP** |
| Texas State Bar No. 24085457 | 1000 Louisiana Street, Suite 4000 |
| nmathews@mckoolsmith.com | Houston, Texas 77002 |
| Warren Lipschitz | Telephone: 1.713.890.5000 |
| Texas State Bar No. 24078867 | Facsimile: 1.713.890.5001 |
| wlipschitz@mckoolsmith.com | |
| **McKool Smith, P.C.** | Bradford A. Cangro (Admitted in TXED) |
| 300 Crescent Court Suite 1500 | D.C. Bar No. 495996 |
| Dallas, TX 75201 | bcangro@morganlewis.com |
| Telephone: (214) 978-4000 | Alex Hanna (Admitted *Pro Hac Vice*) |
| Telecopier: (214) 978-4044 | ahanna@morganlewis.com |
| | Jeremy D. Peterson (Admitted *Pro Hac Vice*) |
| Samuel F. Baxter | jpeterson@morganlewis.com |
| Texas State Bar No. 01938000 | **Morgan, Lewis & Bockius LLP** |
| sbaxter@mckoolsmith.com | 1111 Pennsylvania Avenue, NW |
| **McKool Smith, P.C.** | Washington, D.C. 20004 |
| P.O. Box O | Telephone: 1.202.739.3000 |
| Marshall, Texas 75671 | Facsimile: 1.202.739.3001 |
| Telephone: (903) 927-2111 | |
| Telecopier: (903) 927-2622 | Michael F. Carr (Admitted *Pro Hac Vice*) |
| | mcarr@morganlewis.com |
| Laurie L. Fitzgerald | **Morgan, Lewis & Bockius LLP** |
| Texas State Bar No. 24032339 | 2 Palo Alto Square |
| lfitzgerald@mckoolsmith.com | 3000 El Camino Real, Suite 700 |
| Charles E. Fowler, Jr. | Palo Alto, CA 94306 |
| Texas State Bar No. 24083014 | Telephone: 1.650.843.4000 |
| cfowler@mckoolsmith.com | Facsimile: 1.650.843.4001 |
| Jennifer Van Dusen | |
| Texas State Bar No. 24087087 | |
| jvandusen@mckoolsmith.com | Stephen S. Korniczky (Admitted *Pro Hac Vice*) |
| **McKool Smith, P.C.** | Martin R. Bader |
| 300 W. 6th Street, Suite 1700 | **Sheppard Mullin Richter & Hampton LLP** |
| Austin, TX 78701 | 12275 El Camino Real, Suite 200 |
| Telephone: (512) 692-8700 | San Diego, California 92130 |
| Telecopier: (512) 692-8744 | Telephone: (858) 720-8900 |
| | Facsimile: (858) 509-3691 |
| **ATTORNEYS FOR PLAINTIFF** | skorniczky@sheppardmullin.com |
| **ERICSSON INC., and** | |

2

**TELEFONAKTIEBOLAGET LM ERICSSON**

mbader@sheppardmullin.com

Eric H. Findlay
**Findlay Craft, P.C.**
102 N. College Ave., Suite 900
Tyler, TX 75702
903/534-1100
Fax: 903/534-1137
Email: efindlay@findlaycraft.com

**ATTORNEYS FOR DEFENDANTS TCL COMMUNICATION TECHNOLOGY HOLDINGS LTD., TCT MOBILE LIMITED, and TCT MOBILE (US), INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on January 6, 2016.

/s/ Michael F. Carr
Michael F. Carr