IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ERICSSON INC., AND TELEFONAKTIEBOLAGET LM ERICSSON,<br><br>Plaintiffs,<br><br>v.<br><br>TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD., TCT MOBILE LIMITED, AND TCT MOBILE (US), INC.,<br><br>Defendants. | Civil Action No.  2:15-cv-00011-RSP<br><br>JURY TRIAL |

**JOINT MOTION TO FOR LEAVE TO CONTINUE THE DEPOSITION OF DR. MARK T. JONES AFTER THE CLOSE OF EXPERT DISCOVERY**

Pursuant to Federal Rule of Civil Procedure 16(b), Defendants TCL Communication Technology Holdings, Ltd., TCT Mobile Limited, and TCT Mobile (US), Inc. ("TCL") and Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson ("Ericsson") hereby submit this Joint Motion for Leave to Continue the Deposition of Dr. Mark T. Jones After the Close of Expert Discovery, and in support, show as follows:

The expert discovery deadline in this case is February 8, 2016.  (Dkt. 190).  The expert reports of Dr. Jones opines on infringement and validity of two patents: U.S. Patent Nos. 7,149,510 and 6,418,310.  The deposition of Dr. Jones regarding his reports is scheduled for two days: February 8, 2016 and February 10, 2016.  Due to Dr. Jones' teaching schedule and the scheduling of the other expert depositions, which have all now been scheduled, the parties respectfully request leave for TCL to continue the second day of deposition of Dr. Jones on

February 10, 2016, two days after the close of expert discovery.  This will not affect any set deadlines in the current Docket Control Order.

Dated:  January 27, 2016.

| /s/ David Sochia | /s/ Bradford A. Cangro |
|---|---|
| Theodore Stevenson, III | Winstol D. Carter, Jr. |
| Texas State Bar No. 19196650 | State Bar No. 03932950 |
| tstevenson@mckoolsmith.com | wcarter@morganlewis.com |
| David Sochia | Adam A. Allgood |
| Texas State Bar No. 00797470 | State Bar No. 24059403 |
| dsochia@mckoolsmith.com | aallgood@morganlewis.com |
| Nicholas Mathews | **Morgan, Lewis & Bockius LLP** |
| Texas State Bar No. 24085457 | 1000 Louisiana Street, Suite 4000 |
| nmathews@mckoolsmith.com | Houston, Texas 77002 |
| Warren Lipschitz | Telephone: 1.713.890.5000 |
| Texas State Bar No. 24078867 | Facsimile: 1.713.890.5001 |
| wlipschitz@mckoolsmith.com | |
| **McKool Smith, P.C.** | Bradford A. Cangro (Admitted in TXED) |
| 300 Crescent Court Suite 1500 | D.C. Bar No. 495996 |
| Dallas, TX 75201 | bcangro@morganlewis.com |
| Telephone: (214) 978-4000 | Alex Hanna (Admitted *Pro Hac Vice*) |
| Telecopier: (214) 978-4044 | ahanna@morganlewis.com |
| | Jeremy D. Peterson (Admitted *Pro Hac Vice*) |
| Samuel F. Baxter | jpeterson@morganlewis.com |
| Texas State Bar No. 01938000 | **Morgan, Lewis & Bockius LLP** |
| sbaxter@mckoolsmith.com | 1111 Pennsylvania Avenue, NW |
| **McKool Smith, P.C.** | Washington, D.C. 20004 |
| P.O. Box O | Telephone: 1.202.739.3000 |
| Marshall, Texas 75671 | Facsimile: 1.202.739.3001 |
| Telephone: (903) 927-2111 | |
| Telecopier: (903) 927-2622 | Michael F. Carr (Admitted *Pro Hac Vice*) |
| | mcarr@morganlewis.com |
| Laurie L. Fitzgerald | **Morgan, Lewis & Bockius LLP** |
| Texas State Bar No. 24032339 | 2 Palo Alto Square |
| lfitzgerald@mckoolsmith.com | 3000 El Camino Real, Suite 700 |
| Charles E. Fowler, Jr. | Palo Alto, CA 94306 |
| Texas State Bar No. 24083014 | Telephone: 1.650.843.4000 |
| cfowler@mckoolsmith.com | Facsimile: 1.650.843.4001 |
| Jennifer Van Dusen | |
| Texas State Bar No. 24087087 | |
| jvandusen@mckoolsmith.com | Stephen S. Korniczky (Admitted *Pro Hac Vice*) |
| **McKool Smith, P.C.** | |

<div style="column:left">

300 W. 6th Street, Suite 1700
Austin, TX 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

**ATTORNEYS FOR PLAINTIFF ERICSSON INC., and TELEFONAKTIEBOLAGET LM ERICSSON**

</div>

<div style="column:right">

Martin R. Bader
**Sheppard Mullin Richter & Hampton LLP**
12275 El Camino Real, Suite 200
San Diego, California 92130
Telephone: (858) 720-8900
Facsimile: (858) 509-3691
skorniczky@sheppardmullin.com
mbader@sheppardmullin.com

Eric H. Findlay
**Findlay Craft, P.C.**
102 N. College Ave., Suite 900
Tyler, TX 75702
903/534-1100
Fax: 903/534-1137
Email: efindlay@findlaycraft.com

**ATTORNEYS FOR DEFENDANTS TCL COMMUNICATION TECHNOLOGY HOLDINGS LTD., TCT MOBILE LIMITED, and TCT MOBILE (US), INC.**

</div>

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on January 27, 2016.

>    */s/ Bradford A. Cangro*  
>    Bradford A. Cangro

DB1/ 86324144.1