IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ERICSSON INC., AND TELEFONAKTIEBOLAGET LM ERICSSON, <br><br>Plaintiffs, <br><br>v. <br><br>TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD., TCT MOBILE LIMITED, AND TCT MOBILE (US), INC., <br><br>Defendants. | Civil Action No. 2:15-cv-00011-RSP <br><br><br>JURY TRIAL |

### JOINT MOTION TO FOR LEAVE TO TAKE THE DEPOSITION OF RAVI DHAR, PH.D. AFTER THE CLOSE OF EXPERT DISCOVERY

Pursuant to Federal Rule of Civil Procedure 16(b), Defendants TCL Communication Technology Holdings, Ltd., TCT Mobile Limited, and TCT Mobile (US), Inc. ("TCL") and Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson ("Ericsson") hereby submit this Joint Motion for Leave to Take the Deposition of Ravi Dhar, Ph.D. After the Close of Expert Discovery, and in support, show as follows:

The expert discovery deadline in this case is February 8, 2016. (Dkt. 190). The deposition of TCL's expert witness, Ravi Dhar, Ph.D., is currently scheduled for February 5, 2016, however, Dr. Dhar has fallen ill. In order to accommodate Dr. Dhar's health, the parties respectfully request leave for Ericsson to depose Dr. Dhar on February 11, 2016, three day(s) after the close of expert discovery. This will not affect any set deadlines in the current Docket Control Order.

1

Dated: February 3, 2016.

/s/ David Sochia
Theodore Stevenson, III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
David Sochia
Texas State Bar No. 00797470
dsochia@mckoolsmith.com
Nicholas Mathews
Texas State Bar No. 24085457
nmathews@mckoolsmith.com
Warren Lipschitz
Texas State Bar No. 24078867
wlipschitz@mckoolsmith.com
**McKool Smith, P.C.**
300 Crescent Court Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
**McKool Smith, P.C.**
P.O. Box O
Marshall, Texas 75671
Telephone: (903) 927-2111
Telecopier: (903) 927-2622

Laurie L. Fitzgerald
Texas State Bar No. 24032339
lfitzgerald@mckoolsmith.com
Charles E. Fowler, Jr.
Texas State Bar No. 24083014
cfowler@mckoolsmith.com
Jennifer Van Dusen
Texas State Bar No. 24087087
jvandusen@mckoolsmith.com
**McKool Smith, P.C.**
300 W. 6th Street, Suite 1700
Austin, TX 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

**ATTORNEYS FOR PLAINTIFF**

/s/ Michael F. Carr
Winstol D. Carter, Jr.
State Bar No. 03932950
wcarter@morganlewis.com
Adam A. Allgood
State Bar No. 24059403
aallgood@morganlewis.com
**Morgan, Lewis & Bockius LLP**
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
Telephone: 1.713.890.5000
Facsimile: 1.713.890.5001

Bradford A. Cangro (Admitted in TXED)
D.C. Bar No. 495996
bcangro@morganlewis.com
Alex Hanna (Admitted *Pro Hac Vice*)
ahanna@morganlewis.com
Jeremy D. Peterson (Admitted *Pro Hac Vice*)
jpeterson@morganlewis.com
**Morgan, Lewis & Bockius LLP**
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone: 1.202.739.3000
Facsimile: 1.202.739.3001

Michael F. Carr (Admitted *Pro Hac Vice*)
mcarr@morganlewis.com
**Morgan, Lewis & Bockius LLP**
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306
Telephone: 1.650.843.4000
Facsimile: 1.650.843.4001

Stephen S. Korniczky (Admitted *Pro Hac Vice*)
Martin R. Bader
**Sheppard Mullin Richter & Hampton LLP**
12275 El Camino Real, Suite 200
San Diego, California 92130
Telephone: (858) 720-8900
Facsimile: (858) 509-3691

| | |
|---|---|
| **ERICSSON INC., and TELEFONAKTIEBOLAGET LM ERICSSON** | skorniczky@sheppardmullin.com<br>mbader@sheppardmullin.com<br><br>Eric H. Findlay<br>**Findlay Craft, P.C.**<br>102 N. College Ave., Suite 900<br>Tyler, TX 75702<br>903/534-1100<br>Fax: 903/534-1137<br>Email: efindlay@findlaycraft.com<br><br>**ATTORNEYS FOR DEFENDANTS TCL COMMUNICATION TECHNOLOGY HOLDINGS LTD., TCT MOBILE LIMITED, and TCT MOBILE (US), INC.** |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on February 3, 2016.

*/s/ Michael F. Carr*
Michael F. Carr
