# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON, | § § § § | |
| Plaintiffs | § § | NO. 2:15-cv-00011-RSP |
| v. | § § | JURY TRIAL |
| TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD., TCT MOBILE LIMITED, and TCT MOBILE (US), INC., | § § § § | |
| Defendants. | | |

## DEFENDANTS' OFFER OF PROOF REGARDING THE EXPERT WITNESS REPORTS OF DR. JARED LIGATTI AND DR. SAM MALEK

In furtherance of Defendants TCL Communication Technology Holdings, Ltd., TCT Mobile Limited, and TCT Mobile (US), Inc. ("TCL")'s offer of proof made in open court during the afternoon session on December 6, 2017, TCL hereby identifies in the record the expert report of Dr. Jared Ligatti struck by the Court at Dkt. No. 325-5 and the portions of the supplemental expert report of Dr. Sam Malek struck by the Court at 325-8.  Exhibits DX 0776, and DX 0712 through DX 0718 and DX 0724 through DX 0728 are attached herewith.

Dated: December 6, 2017                    MORGAN, LEWIS & BOCKIUS LLP

*/s/ Jacob A. Snodgrass*
Winstol D. Carter, Jr.
State Bar No. 03932950
wcarter@morganlewis.com
Adam A. Allgood
State Bar No. 24059403

aallgood@morganlewis.com
**Morgan, Lewis & Bockius LLP**
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
Telephone: 1.713.890.5000
Facsimile: 1.713.890.5001

Bradford A. Cangro (Admitted in TXED)
D.C. Bar No. 495996
bradford.cangro@morganlewis.com
Jeremy D. Peterson (Admitted *Pro Hac Vice*)
jpeterson@morganlewis.com
Jacob A. Snodgrass (Admitted *Pro Hac Vice*)
jacob.snodgrass@morganlewis.com
**Morgan, Lewis & Bockius LLP**
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone: 1.202.739.3000
Facsimile: 1.202.739.3001

Michael J. Lyons (Admitted *Pro Hac Vice*)
michael.lyons@morganlewis.com
Michael F. Carr (Admitted *Pro Hac Vice*)
michael.carr@morganlewis.com
**Morgan, Lewis & Bockius LLP**
1400 Page Mill Road
Palo Alto, CA 94304
Telephone: 1.650.843.4000
Facsimile: 1.650.843.4001

**ATTORNEYS FOR DEFENDANTS TCL COMMUNICATION TECHNOLOGY HOLDINGS LTD., TCT MOBILE LIMITED, and TCT MOBILE (US), INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via e-mail on December 6, 2017.

/s/ *Jacob A. Snodgrass*
Jacob A. Snodgrass

DB1/ 94682377.1