IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ERICSSON INC., TELEFONAKTIEBOLAGET LM ERICSSON, | § § § § § § § § § § § § § § | Case No. 2:15-cv-00011-RSP |
| *Plaintiffs*, | | |
| v. | | |
| TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD., TCT MOBILE LIMITED, TCT MOBILE (US) INC., | | |
| *Defendants*. | | |

### VERDICT FORM

In answering the following questions, you are to follow the instructions I have given you. Your answer(s) must be unanimous.

1. Has Ericsson proven by a preponderance of the evidence that TCL infringed claim 1 of the '510 patent? Answer YES or NO.

   _____Yes_____

   If you answered YES to question 1, move on to the remaining questions. If you answered NO to question 1, do not answer any further questions.

2. Has Ericsson proven by a preponderance of the evidence that TCL infringed claim 5 of the '510 patent? Answer YES or NO.

   _____Yes_____

   * * *

3. If you find that TCL infringed, what sum of money, if paid today in cash, has Ericsson proven by a preponderance of the evidence would compensate Ericsson for TCL's infringement? Answer in dollars and cents.

   $75,000,000.00

1

* * *

4. If you find that TCL infringed, has Ericsson proven by a preponderance of the evidence that TCL's infringement was willful? Answer YES or NO.

    _____Yes_____

* * *

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The jury foreperson should then sign and date the verdict form and notify the bailiff that you have reached a verdict. The jury foreperson should keep the verdict form and bring it when the jury is brought back into the courtroom.

Signed this _7th_ day of December, 2017.