IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ERICSSON INC., TELEFONAKTIEBOLAGET LM ERICSSON, | § § § § | |
| *Plaintiffs*, | § § § | Case No. 2:15-cv-00011-RSP |
| v. | § § | |
| TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD., TCT MOBILE LIMITED,  TCT MOBILE (US) INC., | § § § § § | |
| *Defendants*. | § | |

## ORDER

TCL moves to confirm that the judgment entered on the jury's verdict is neither final nor subject to execution, or alternatively to stay execution of the judgment without a bond. Dkt. No. 416. Although the Court's judgment referred to "final judgment," all matters between the parties have yet to be resolved. As a result, the judgment entered on the jury verdict is not "final" for purposes of Federal Rules of Civil Procedure 62 and 69, and the judgment may not be executed. *See Precision Mfg. Ltd. v. Ford Motor Co.*, 338 F.3d 1353, 1356-57 (Fed. Cir. 2003) (quoting *Catlin v. United States*, 324 U.S. 229, 233 (1945)).  Accordingly, TCL's motion is granted in part and deferred in part to the following extent. The Court clarifies that the judgment entered on the jury verdict, Dkt. No. 409, is not yet subject to execution. When judgment becomes final, the Court will address TCL's request to stay execution of the judgment without bond. This request is deferred until that time.

**SIGNED this 3rd day of January, 2018.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE