**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **ERICSSON INC., AND TELEFONAKTIEBOLAGET LM ERICSSON,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD., TCT MOBILE LIMITED, AND TCT MOBILE (US), INC.**<br><br>**Defendants.** | **Civil Action No.  2:15-cv-00011-RSP**<br><br><br>**JURY TRIAL** |

## JOINT MOTION TO WITHDRAW DEFENDANTS' MOTION FOR PROTECTIVE ORDER AGAINST PLAINTIFFS' POST-TRIAL DISCOVERY REQUESTS

Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson ("Ericsson") and Defendants TCL Communication Technology Holdings, Ltd., TCT Mobile Limited, and TCT Mobile (US), Inc. ("TCL") jointly move for an order withdrawing Defendants' Motion for a Protective Order Against Plaintiff's Post-Trial Discovery Requests (Dkt. No. 417).   In light of the Court's January 3, 2018 Order (Dkt. No. 421), Ericsson withdraws its post-trial discovery requests, which are the subject of TCL's Motion for a Protective Order.   TCL reserves the right to renew or refile a motion for protective order if Ericsson re-serves post-trial discovery requests.

Dated:  January 10, 2018

McKool Smith, P.C.

*/s/ Nicholas Mathews*
Theodore Stevenson III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
David Sochia
Texas State Bar No. 00797470
dsochia@McKoolSmith.com

Warren Lipschitz
Texas State Bar No. 24078867
wlipschitz@mckoolsmith.com
Nicholas Mathews
Texas State Bar No. 24085457
nmathews@McKoolSmith.com
Mitchell R. Sibley
Texas State Bar No. 24073097
msibley@mckoolsmith.com
**McKool Smith, P.C.**
300 Crescent Court Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
**McKool Smith, P.C.**
P.O. Box O
Marshall, Texas 75671
Telephone:  (903) 927-2111
Telecopier:  (903) 927-2622**.**

**ATTORNEYS FOR PLAINTIFFS**

**MORGAN, LEWIS & BOCKIUS LLP**

*/s/ Bradford A. Cangro*
Winstol D. Carter, Jr.
State Bar No. 03932950
wcarter@morganlewis.com
Adam A. Allgood
State Bar No. 24059403
aallgood@morganlewis.com
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
Telephone: +1.713.890.5000
Facsimile: +1.713.890.5001

Bradford A. Cangro (admitted in TXED)
D.C. Bar No. 495996
bcangro@morganlewis.com
Jacob A. Snodgrass (Admitted *Pro Hac Vice*)
jacob.snodgrass@morganlewis.com

1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone: +1.202.739.3000
Facsimile: +1.202.739.3001

Michael J. Lyons (Admitted *Pro Hac Vice*)
michael.lyons@morganlewis.com
Michael F. Carr (Admitted Pro Hac Vice)
michael.carr@morganlewis.com
1400 Page Mill Road
Palo Alto, CA 94304
Telephone: +1.650.843.4000
Facsimile: +1.650.843.4001

*ATTORNEYS FOR DEFENDANTS*
*TCL COMMUNICATION*
*TECHNOLOGY HOLDINGS, LTD., TCT*
*MOBILE LIMITED, AND TCT MOBILE*
*(US), INC.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has

been served on all counsel of record via the Court's ECF system on January 10, 2018.

*/s/ Bradford A. Cangro*