IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON,<br><br>  *Plaintiffs*,<br><br>v.<br><br>TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD., TCT MOBILE LIMITED, and TCT MOBILE (US), INC.,<br><br>  *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§    Case No. 2:15-cv-00011-RSP |

## **FINAL JUDGMENT**

Before the Court is the Unopposed Motion for Entry of Final Judgment ("Motion"), filed by Defendants TCL Communication Technology Holdings, Ltd., TCT Mobile Limited, and TCT Mobile (US), Inc. (collectively, "TCL"). Dkt. No. 552. TCL moves the Court, without opposition, to enter final judgment and lift the stay. Dkt. No. 552 at 3.

After consideration, the Court **GRANTS** the Motion. Pursuant to the Order and Mandate of the Federal Circuit (Dkt. Nos. 502, 520, 521) and the denial of certiorari by the Supreme Court, TCL is the prevailing party. It is therefore ordered and adjudged as follows:

(1) Final judgment is entered in favor of TCL against Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson (collectively, "Ericsson"); and

(2) the Stay Order (Dkt. No. 549) is rescinded, the Clerk of Court is directed to release the deposited funds (Dkt. No. 550) to TCL or TCL's attorney's on TCL's behalf.

The Motion for Attorney's Fees and Expenses Pursuant to 35 U.S.C. § 285 is still pending before the Court.

**SIGNED this 28th day of June, 2021.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE